UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>       Plaintiff,<br><br>    v.<br><br>STAN ELLER, et al.,<br><br>       Defendants. | Case No.  17-cv-01310-VC  (PR)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE; DENYING MOTION TO PROCEED** *IN FORMA PAUPERIS*<br><br>Re: Dkt. No. 2 |

    Plaintiff Steven Wayne Bonilla, a state inmate, has filed a *pro se* civil action under 42 U.S.C. § 1983 against Mono County Superior Court Judge Stan Eller and Mono County Superior Court Clerk H. Kenney.  Bonilla has also filed a motion for leave to proceed in forma pauperis.  Bonilla has been disqualified from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g) unless he is "under imminent danger of serious physical injury" at the time he filed his complaint.  28 U.S.C. 1915(g); *In re Steven Bonilla*, No. C 11-3180 CW (PR); *Bonilla v. Dawson*, No. C 13-0951 CW (PR).

    The allegations in this complaint do not show that Bonilla was in imminent danger at the time of filing.  Therefore, the motion to proceed *in forma pauperis* is denied.  Moreover, even if the IFP application were granted, his lawsuit would be barred under *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).  Accordingly, the case is dismissed with prejudice.

    The Clerk shall close the case.

    **IT IS SO ORDERED.**

Dated:  March 24, 2017

_____
VINCE CHHABRIA
United States District Judge